STANLEY MAJKA, Appellant, *v.* GEORGE A. HASKELL et al., Defendants, and CITY OF BUFFALO, Respondent.

Submitted April 3, 1950; decided April 6, 1950.

*Fred C. Maloney, Corporation Counsel (Bart J. Shanahan* of counsel), for motion to dismiss appeal and in opposition to motion for leave to prosecute appeal as a poor person.

*Edward B. Horning* for motion for leave to prosecute appeal as a poor person and in opposition to motion to dismiss appeal.

Motion to dismiss appeal for lack of prosecution denied. Case set down for argument during the first week of the May, 1950, session. Motion for leave to prosecute appeal as poor person granted.